# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 DAJUAN FURMAN and
D-2 DALANA BOGGON,

               Defendants.
_____/

Case: 2:24-cr-20547
Assigned To : Michelson, Laurie J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/25/2024
Description: IND USA V. SEALED (DJ)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

## Indictment

The Grand Jury charges that:

## Count One
### Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 846 & 841(a)(1)

D-1 DAJUAN FURMAN
D-2 DALANA BOGGON

From in or around December 2023, through on or about April 19, 2024, in the Eastern District of Michigan, and elsewhere, the defendants, DAJUAN FURMAN and DALANA BOGGON, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, DAJUAN FURMAN, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to the defendant, DALANA BOGGON, the controlled substance involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

The defendant, DAJUAN FURMAN, having a prior conviction for a serious violent felony for which he served a term of imprisonment of

more than twelve months, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Two
### Possession of Methamphetamine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-2 DALANA BOGGON

On or about April 19, 2024, in the Eastern District of Michigan, the defendant, DALANA BOGGON, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## Forfeiture Allegations

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841

and 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Benjamin Coats*
Benjamin Coats
Chief, Drug Task Force Unit

*s/ Michael Taylor*
Michael Taylor
Assistant United States Attorney

Dated: September 25, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:24-cr-20547<br>Assigned To : Michelson, Laurie J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 9/25/2024<br>Description: IND USA V. SEALED (DJ) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  s/ MT |

**Case Title:** USA v.  Dajuan Furman et al

**County where offense occurred :**  Wayne

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 25, 2024
Date

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9516
Fax:   313-226-9100
E-Mail address: Michael.Taylor2@usdoj.gov
Attorney Bar #: P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5 / 1